**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION**

*Brett Stansberry*
(Enter Above the Name of the Plaintiff in this Action)

VS.

*Esquire Theater*
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

**1:23CV568.**

**J. BARRETT**

**MJ. LITKOVITZ**

**RECEIVED**

SEP - 8 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below. The address you give must be the address where
the court may contact you and mail documents to you. A telephone number is required.

*Brett Stansberry*
Name - Full Name Please - PRINT

*950 Hutchins Ave Apt 3*
Street Address

*Cincinnati OH 45229*
City, State and Zip Code

*513-386-9090*
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. *Esquire Theater*
   Name - Full Name, Please

   *320 Ludlow Ave Cincinnati OH 45220*
   Address: Street, City, State and Zip Code

2. _____

   _____

3. _____

   _____

4. _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The employees and customers at Esquire are not only going on at length. With talk about me being a pedophile and a paranoid white also talking about personal history that includes things that are happening at home. Before theatening me in th during the movie and playing psych games like they are trying to brain wash me. Before harassing me more on the way out.

**IV. Previous lawsuits:**

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number                    Caption

1;23-CV1400  Brett Stansberry vs. Springdale Polic

1;23CV86  Brett Stansberry vs. City of Cincinnati

1;23-CV266  Brett Stansberry vs. Xavier University

**V. Relief**

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

I want to stop the harassment
put the people involved in jail
Get finacle reimbersment.

I state under penalty of perjury that the foregoing is true and correct.  Executed on

this 8 day of Sept , 20 23

Brett Stansberry

Signature of Plaintiff

-4-